In the Matter of the Claim of WILLIAM T. PRIESTLEY, Appellant, against H. HENTZ & COMPANY et al., Respondents.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued February 9, 1932; decided March 3, 1932.)

*John S. V. Kilmartin* for appellant.

*William S. Pendleton* for H. Hentz & Company and Globe Indemnity Company, respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.